**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 531 MAL 2022

Respondent : 

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

KASHIF M. ROBERTSON, :

Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 532 MAL 2022

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

KASHIF M. ROBERTSON, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2023, the Petition for Allowance of Appeal and Applications to Supplement Petition for Allowance of Appeal are **DENIED**